Marc J. Randazza, NV Bar No. 12265
Ronald D. Green, NV Bar No. 7360
RANDAZZA LEGAL GROUP, PLLC
2764 Lake Sahara Drive, Suite 109
Las Vegas, Nevada 89117
Telephone: 702-420-2001
Email: ecf@randazza.com

Attorneys for Defendants
Danielle Lituski and Chad Lituski

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MY DAILY CHOICE, INC., a Nevada corporation,<br><br>Plaintiff,<br><br>v.<br><br>DANIELLE LITUSKI, an individual; CHAD LITUSKI, an individual; DOES 1 through 20, and ROE ENTITIES 1-20, inclusive,<br><br>Defendants. | Case No. 2:20-cv-02232-GMN-BNW<br><br>**STIPULATION TO EXTEND DEADLINE FOR DEFENDANTS TO REPLY TO MOTION TO DISMISS**<br><br>**[First request]** |

Pursuant to LR IA 6-2, LR 7-1, the Parties, by and through their respective counsel of record, hereby stipulate and request that this Court extend the date by which Defendants Danielle Lituski and Chad Lituski ("Defendants") may reply to their Motion to Dismiss until March 10, 2021. Defendants filed their Motion to Dismiss on February 10, 2021 and Plaintiff filed its Opposition to Defendants' Motion to Dismiss on February 24, 2021.

In support of this Stipulation, the Parties state as follows:

1. Counsel for the Parties met and conferred on February 26, 2021 and agreed to extend the date by which Defendants must reply to their Motion to Dismiss one week from March 3, 2021 to March 10, 2021.

2. In return for Plaintiff's agreement to extend the time to reply to Defendants' Motion to Dismiss, Defendants agreed not to use this extension against Plaintiff for any purpose.

3. Good cause exists to extend the time by which Defendants are required to reply to their Motion to Dismiss because Defendants' counsel requires additional time to examine the facts and circumstances of the case before preparing and filing their reply memorandum.

Accordingly, the Parties hereto stipulate that the date by which Defendants shall file their Reply to their Motion to Dismiss is extended one week from March 3, 2021 to March 10, 2021.

IT IS SO STIPULATED.

Dated: February 26, 2021.

Respectfully Submitted,

/s/ Ronald D. Green
Marc J. Randazza, NV Bar No. 12265
Ronald D. Green, NV Bar No. 7360
Randazza Legal Group, PLLC
2764 Lake Sahara Drive, Suite 109
Las Vegas, Nevada 89117

Attorneys for Defendant
Skylar Lambert

Dated: February 26, 2021.

Respectfully Submitted,

/s/ Jared M. Sechrist
ERIKA PIKE TURNER
Nevada Bar No. 6454
JARED M. SECHRIST
Nevada Bar No. 10439
GARMAN TURNER GORDON LLP
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119

COAST LAW GROUP, LLP
DAVID A. PECK (Pro Hac Vice)
California Bar No. 171854
ROSS M. CAMPBELL (Pro Hac Vice)
California Bar No. 234827
1140 S. Coast Highway 101
Encinitas, California 92024

Attorneys for Plaintiff
My Daily Choice, Inc.

IT IS SO ORDERED.
Dated this  2  day of March, 2021.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

Case No. 2:20-cv-02232-GMN-BNW

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 26, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I further certify that a true and correct copy of the foregoing document being served via transmission of Notices of Electronic Filing generated by CM/ECF.

Respectfully submitted,

/s/ Heather Ebert

Employee,
Randazza Legal Group, PLLC